| UNITED STATES DISTRICT COURT | District Delaware |
|---|---|
| MELVERT WASHINGTON, JR.,<br>Plaintiff,<br><br>vs.<br><br>Hon. MICHAEL P. DONLEY, ACTING SECRETARY OF THE AIR FORCE,<br>Defendant. | Docket No.<br><br>To: (Name and Address of Defendant)<br>Hon Colm Connolly, U.S. Attorney<br>1007 Orange St. Suite 700<br>Wilmington, DE 19899-2046 |

YOU ARE HEREBY SUMMONED and required to serve upon

Plaintiff's Attorney (Name and Address)
Gary D. Berg, Esq., 4973
Veterans Law Clinic Widener University School of Law
P.O. Box 7474
Wilmington, DE 19803-0474
Tel: (302) 477-2116

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint

| Clerk<br>PETER T. DALLEO | Date AUG 0 7 2008 |
|---|---|
| (By) Deputy Clerk [signature] | |

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | Date 8 August 2008 |
|---|---|
| Name of Server Thomas J. Reed | Title Director Veterans Law Clinic |

Check one box below to indicate appropriate method of service

    ☐ Served personally upon the defendant. Place where served _____

    ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

    ☒ Other (specify)  service by U.S. certified mail # 7008-0500-0000-1475-3974 attached to this return

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  29 August 2008                    *[signature]*
         (Date)                                           (Signature of Server)

                                 Widener University School of Law
                                 Veterans Law Clinic
                                 P.O. Box 7474
                                 Wilmington, DE 19803-0474

1. As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    Date of Delivery |
| 1. Article Addressed to:<br><br>Hon. Colm Connolly, US Atty<br>1007 Orange St. Ste. 700<br>Wilmington, DE 19899-2046 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>AUG 08 2008<br><br>Washington v. Secretary  CA 08-49 |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 0500 0000 1475 3974 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

Prof. Thomas J. Reed, VLC
Widener University School of Law
P.O. Box 7474
Wilmington, DE 19803-0474

RECEIVED AUG 2008

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | District<br>Delaware |
| MELVERT WASHINGTON, JR.,<br>Plaintiff,<br><br>vs.<br><br>Hon. MICHAEL P. DONLEY, ACTING SECRETARY OF THE AIR FORCE,<br>Defendant. | Docket No.<br><br>3<br><br>To: (Name and Address of Defendant)<br>Hon. Michael B. Mukasey, Attorney General of the United States<br>U.S. Dept. of Justice<br>10th & Constitution Ave.<br>Washington, DC 20530 |
| YOU ARE HEREBY SUMMONED and required to serve upon | |
| Plaintiff's Attorney (Name and Address)<br>Gary D. Berg, Esq., 4973<br>Veterans Law Clinic Widener University School of Law<br>P.O. Box 7474<br>Wilmington, DE 19803-0474<br>Tel: (302) 477-2116 | |
| an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint | |
| Clerk<br>PETER T. DALLEO | Date<br>AUG 0 7 2008 |
| (By) Deputy Clerk *[signature]* | |

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | Date<br>18 August 2008 |
| Name of Server<br>Thomas J. Reed | Title<br>Director, Veterans Law Clinic |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
_____

☒ Other (specify) service by U.S. certified mail # 7008-0500-0000-1475-4018

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___29 August 2008___     _____/s/ Thos. Reed/_____
         (Date)                              (Signature of Server)

Widener University School of Law
Veterans Law Clinic
P.O. Box 7474
Wilmington, DE 19803-0474

---

1. As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>AUG 1 8 2008 |
| 1. Article Addressed to:<br>Hon, Michael B. Mukasey<br>Attorney General of the USA<br>U.S. Dept. of Justice<br>10th & Constitution Ave.<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>Washington v. Secretary No 08-493 |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 0500 0000 1475 4018 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Prof. Thomas J. Reed, VLC**
Widener University School of Law
P.O. Box 7474
Wilmington, DE 19803-0474

## SUMMONS IN A CIVIL ACTION

| UNITED STATES DISTRICT COURT | District<br>Delaware |
|---|---|
| MELVERT WASHINGTON, JR.,<br>Plaintiff,<br><br>vs.<br><br>Hon. MICHAEL P. DONLEY, ACTING SECRETARY OF THE AIR FORCE,<br>Defendant. | Docket No.<br><br>To: (Name and Address of Defendant)<br><br>Hon. Michael P. Donley, Acting Secretary of the Air Force<br>1000 Defense Pentagon<br>Washington, DC 20301-1000<br><br>; SUMMONS |

YOU ARE HEREBY SUMMONED and required to serve upon

Plaintiff's Attorney (Name and Address)
Gary D. Berg, Esq., 4973
Veterans Law Clinic Widener University School of Law
P.O. Box 7474
Wilmington, DE 19803-0474
Tel: (302) 477-2116

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint

Clerk     Date AUG 0 7 2008

PETER T. DALLEO

(By) Deputy Clerk

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | Date<br>14 August 2008 |
| Name of Server<br>Thomas J. Reed | Title<br>Director Veterans Law Clinic |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
_____

☒ Other (specify)  service by U.S. certified mail# 7008-0500-0000-1475-4025

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  29 August 2008          _____/s/ Thomas Reed/_____
         (Date)                              (Signature of Server)

**Widener University School of Law**
Veterans Law Clinic
P.O. Box 7474
Wilmington, DE 19803-0474

---

1. As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Washington M. Lozano  14 Aug 08 |
| 1. Article Addressed to:<br>Hon. Michael P. Donley, Acting<br>Secretary of the Air Force<br>1000 Defense Pentagon<br>Washington, DC 20301-1000 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No<br><br>AUG 2008<br><br>Washington v. Secretary |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 0500 0000 1475 4025 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Prof. Thomas J. Reed, VLC
Widener University School of Law
P.O. Box 7474
Wilmington, DE 19803-0474